RECEIVED

2014 JUL 28 P 2:08

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

James Beauford Lamb, Jr.
Full name and prison name of
Plaintiff(s)

v.

Mark Allen Treadwell
_____
_____
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 3:14cv-708-WKW-CSC
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) James Beauford Lamb, Jr.

           Defendant(s) Mark Allen Treadwell

       2.  Court (if federal court, name the district; if state court, name the county)
           Tallapoosa County Circuit Court - Alabama

3. Docket number *Circuit Court: CC03-125.60*

4. Name of judge to whom case was assigned *Ray O. Martin - Tom F. Young*

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) *Guilty - Rape I, Incest, Sexual Abuse I.*

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition *December 7, 2004*

II. PLACE OF PRESENT CONFINEMENT *Staton Correctional*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Talapoosa County Circuit Court*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. *Mark Allen Treadwell* | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *December 7, 2004, Case Remanded August 28, 2012*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Ineffective Assistance of Counsel - Negligent*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On or about 12-7-04 the Plaintiff was convicted on the charge of Rape First, Sexual Abuse First, and Incest in the Circuit Court of Tallapoosa County-Dadeville Division. On the above date, the Jurors pronounced "guilty" to the charge of Sexual Abuse First Degree, see Attachment

GROUND TWO: _____

_____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

Continued V. Statement of Facts Supporting Ground one.

and Incest, but signed the verdict form "not guilty" of the same charge. After the Jury was polled they were discharged and excused by the Trial Court.

The Trial Court after the Jurors was discharged, and some had left the building sent someone out to try and find the Jurors, but only seven (7) was located....

Whereby, the following was held:

> The Court: All right. Mr. Foreperson, would you please read your verdict for Count four?
> The Foreman: Again, I apologize to the Court for the mistake.
> The Court: No Problem.

Without objection from Plaintiff Mark Allen Treadwell the Court instructed the Foreman to change the verdict.

> The Foreman: We, the Jury, find the Defendant, James Beauford Lamb, Jr. not guilty as charged in count four of the Indictment.
> The Court: All right. Very good. If you would hand that to Mr. Terrell. All right.
> Would anybody care to have the Jury polled?
> All right. Ladies and Gentlemen, as to count one, two, and three, I am going to poll you. What I mean, I am going to ask you individually whether this verdict is your verdict individually. All right; I will start right here. I'm not being rude. I'm just going to point to you instead of asking names. Okay? All right. And this pertains to all three verdicts that you have voted guilty on.

The Plaintiff Mark Allen Treadwell represented Plaintiff in the Appeal of Convictions for Counts one, 20 years consecutively-Count Two, 10 years concurrent with Count Three.

The Plaintiff fail to raise the issue on Appeal that:

> The Trial Court proceeded to formally adjudicated guilt when the court noticed that the verdict form for count II - First Degree Sexual Abuse of J.M. was signed by the Jury Foreman as Not Guilty, which the Trial Court after the Jury left the courthouse attempted to reassemble the Jury but was able to locate on 7 of the 12 members of the Jury. The Trial Court ask the 7 Jurors to correct the Verdict Form for Count II of the Indictment.

Continued V. Statement Of Facts Supporting Ground One.
The Court of Criminal Appeals Affirmed Plaintiff's direct Appeal.
The Plaintiff filed a Petition For Relief From Conviction or
sentence, Pursuant to Rule 32, Ala. R. Crim. P., raising the following
claim:

> Whether Trial Court Lack of Jurisdiction To
> Enter A Judgment of Conviction Upon The
> Charge of Sexual Abuse In The First Degree
> After The Jury Was Dismissed And Seven (7)
> Was Returned To Change A Written Verdict.

The Trial Court denied the Rule 32 Petition and Plaintiff Appealed
to the Court of Criminal Appeals which Affirmed the Trial Court
Judgment.
Plaintiff filed a Petition for Writ of Certiorari in the Alabama Supreme Court, in which the Petition Was Granted, holding

> At Plaintiff's trial the Jury Was outside the Courtroom
> and outside the Presence and Supervision of any officer
> of the Court for a few minutes between its discharge
> and the recall. Additionally, five members of that Jury
> were completely unavailable and did not participate in
> that recall. Even if this Court were to somehow overlook
> the possibility of taint it cannot overlook the lack of
> supervision of the Court. Thereafter, neither the Jury
> nor the Trial Court had the Power to alter the verdict.
> The Written Verdict Form for Count II Signed by the foreman that was delivered to the Court indicated the Jury
> found Plaintiff not guilty of Sexual Abuse First Degree,
> as charged and that verdict must stand. Any subsequent
> alteration of the verdict under the facts of this case
> would subject Plaintiff to being placed twice in Jeopardy
> for a crime he had been acquitted of and would violate his
> rights against double Jeopardy under the United States Constitution and the Alabama Constitution.

Plaintiff was deprived of a fair Trial because the Defendant
was incompetent because of lack of knowledge of constitutional
rights and devoting full effort in the law and facts of the case.
As a result of Defendant's action and inaction Plaintiff Was Prejudice.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_Determine whether the Defendant was Ineffective in representing plaintiff._

_James B. Funk Jr_
(Signature of plaintiff(s))

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7-23-14__.
(Date)

_James B. Funk Jr,_
(Signature of plaintiff(s))

James Beauford Lamb, Jr.
A.I.S. # 238981  A1-95B
Staton Corr. Facility
P.O. Box 56
Elmore, Alabama 36025

MONTGOMERY AL 360

25 JUL 2014 PM 4 L



This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

LEGAL MAIL

Office Of The Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, Alabama
36104-4018

36104401801